**Opinion issued July 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-13-00330-CV

————————————————

## IN RE SHATISH PATEL M.D., HEMALATHA VIJAYAN M.D., SUBODH SONWALKAR M.D., WOLLEY OLADUT M.D., Relators

---

**Original Proceeding on Petition for Writ of Temporary Injunction**

---

## O P I N I O N

Relators Shatish Patel M.D., Hemalatha Vijayan M.D., Subodh Sonwalkar M.D., and Wolley Oladut M.D. have petitioned this court for a writ of temporary injunction.[1]  In the petition, relators complain that the defendant in the trial court proceeding, St. Luke's Sugar Land Partnership, L.L.P., intends to sell or transfer its

---

[1]     The underlying case is *Shatish Patel, M.D. et al. v. St. Luke's Sugar Land Partnership, L.P.*, Case Number 2011-24016, in the 152nd District Court of Harris County, Texas, the Honorable Robert Schaffer presiding.

"key asset," St. Luke's Sugar Land Hospital.  The relators have separately filed an interlocutory appeal of the trial court's denial of their application for a temporary injunction that sought to enjoin the Partnership from transferring any of its property or interests.[2]

"The issuance of an extraordinary writ is not authorized when the relator has an adequate remedy by appeal."  *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 684 (Tex. 1989).  In this circumstance, the interlocutory appeal already filed by the relators provides an avenue of relief, including procedures to obtain temporary relief.  *See* TEX. R. APP. P. 29.3 ("When an appeal from an interlocutory order is perfected, the appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . .").  Accordingly, the relief requested by relators is not, as they suggest, necessary to preserve this court's jurisdiction over the interlocutory appeal.  *See Becker v. Becker*, 639 S.W.2d 23, 24 (Tex. App.—Houston [1st Dist.] 1982, no writ).

---

[2]    The related interlocutory appeal is *Shatish Patel, M.D., et al. v. St. Luke's Sugar Land Partnership, L.L.P. and St. Luke's Community Development Corporation—Sugar Land*, No. 01-13-00273-CV (filed Apr. 2, 2013).

2

We deny the petition for writ of injunction.

Michael Massengale
Justice

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.